Celia Drimer, Respondent, v. The Prudential Insurance Company of America, Appellant.— Motion for leave to appeal to the Appellate Division denied,

without costs.  Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.